# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Gary L. Reinert, Sr. | § | Bankr. No.  11-22840 |
| | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Heather A. Sprague on behalf of the United States Trustee in the above captioned matter.

        Respectfully Submitted,

        Roberta A. DeAngelis
        United States Trustee


By:    /s/Heather A. Sprague
       Heather A. Sprague, Trial Attorney
       Massachusetts ID 661541
       Liberty Center, Suite 970
       1001 Liberty Avenue
       Pittsburgh, Pennsylvania 15222
       (412) 644-4756 Telephone
       (412) 644-4785 Facsimile
       heather.sprague@usdoj.gov