**LOCAL BANKRUPTCY FORM NO. 6**
**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

Gary Reinert

Debtor(s)

Bankruptcy No.   11-22840 JAD

Chapter   11

Document No.

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

- \_\_\_ Voluntary Petition *Specify reason for amendment:*
- \_\_\_ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- \_\_\_ Summary of Schedules
- \_\_\_ Schedule A - Real Property
- \_\_\_ Schedule B – Personal Property
- \_\_\_ Schedule C - Property Claimed as Exempt Schedule
- \_\_\_ Schedule D – Creditors holding Secured Claims }
    - Check one:
        - \_\_\_ Creditor(s) added
        - \_\_\_ NO creditor(s) added
        - \_\_\_ Creditor(s) deleted
- \_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
    - Check one:
        - \_\_\_ Creditor(s) added
        - \_\_\_ NO creditor(s) added
        - \_\_\_ Creditor(s) deleted
- \_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    - Check one:
        - \_\_\_ Creditor(s) added
        - \_\_\_ NO creditor(s) added
        - \_\_\_ Creditor(s) deleted
- \_\_\_ Schedule G - Executory Contracts and Unexpired Leases
    - Check one:
        - \_\_\_ Creditor(s) added
        - \_\_\_ NO creditor(s) added
        - \_\_\_ Creditor(s) deleted
- \_\_\_ Schedule H - Codebtors
- \_\_\_ Schedule I - Current Income of Individual Debtor(s
- \_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)*;*
- \_\_\_ Statement of Financial Affairs:
- \_\_\_ Chapter 7 Individual Debtor's Statement of Intention
- \_\_\_ Chapter 11 List of Equity Security Holders
- **X** Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims; added PNC – took off IRS
- \_\_\_ Disclosure of Compensation of Attorney for Debtor
- \_\_\_ Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Heather A. Sprague, Trustee
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Gary L. Reinert, Sr.
P.O. Box 121
Wildwood, PA  15091

**DATE:  05/03/2011**               BY: /s/Donald R. Calaiaro, Esquire
                                    **Donald R. Calaiaro, Esq. PA ID #27538**
                                    **Francis E. Corbett, Esq.   PA ID #37594**
                                    **David Z. Valencik, Esq. PA ID #308361**

                                    **CALAIARO & CORBETT, P.C.**
                                    **Grant Building, Suite 1105**
                                    **310 Grant Street**
                                    **Pittsburgh, PA  15219**
                                    **(412) 232-0930**

Note:  An amended matrix of creditors added by the amendment must be submitted on disk with the amendment.  Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Pennsylvania

In re **Gary L. Reinert, Sr.**                    , Case No. **11-22840**
               Debtor
                                                    Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PNC Bank<br>c/o Robert P. Simons, Esquire<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 | | | | $15,829,000.00 |
| William S. Kay Liquidating Trustee<br>c/o Michael J. Roeschenthaler, Esq.<br>625 Liberty Avenue<br>23rd Floor<br>Pittsburgh, PA 15222 | | | | $9,806,918.00 |
| Power Contracting, Inc.<br>P.O. Box 121<br>Wildwood, PA 15091 | | | | $8,389,923.00 |
| Steve Mosites<br>757 Pine Oak Drive<br>Pittsburgh, PA 15243 | | | | $1,500,000.00 |
| Don Williams<br>2711 Leona Lane<br>Coraopolis, PA 15108 | | | | $1,450,000.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Gary L. Reinert, Sr.**, Case No. **11-22840**
Debtor
Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Edward Dunlap**<br>**12 Grandview Circle**<br>**Canonsburg, PA 15317** | | | | **$1,150,000.00** |
| **Cessna Finance**<br>**P.O. Box 2902**<br>**Witchita, KS 67201** | | | | **$1.022.679.00** |
| **John Deer Equipment**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197** | | | | **$833,917.00** |
| **Jet Industries, Inc.**<br>**700 Second Street**<br>**Ellwood City, PA 16117** | | | | **$800,000.00** |
| **Safe Foundations, Inc.**<br>**P.O. Box 121**<br>**Wildwood, PA 15091** | | | | **$796,567.00** |
| **Arthur Schwotzer**<br>**3555 Washington Road**<br>**McMurray, PA 15317** | | | | **$675,000.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Gary L. Reinert, Sr.**                                           , Case No. **11-22840**
                             Debtor                                        Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **David Janetta**<br>1135 Parsons Curry Avenue<br>Malvern, PA 19355 | | | | $504,000.00 |
| **Jack Kuhn**<br>4318 Royal Saint George Drive<br>Avon, OH 44011 | | | | $500,000.00 |
| **Reinert Family Partnership**<br>P.O. Box 121<br>Wildwood, PA 15091 | | | | $473,428.00 |
| **Burns Family Trust**<br>1135 Parsons Curry Lane<br>Malvern, PA 19355 | | | | $396,000.00 |
| **Fred McMillen**<br>4900 Cherry Street<br>Allison Park, PA 15101 | | | | $385,000.00 |
| **Frank Bucci**<br>7599 Fifhel Drive North<br>Dublin, OH 43016 | | | | $300,000.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Gary L. Reinert, Sr.**, Case No. **11-22840**
Debtor
Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marc Nuccatelli<br>405 Park Avenue<br>New York, NY 10020 | | | | $250,000.00 |
| William Reinert<br>625 Olive Street<br>Pittsburgh, PA 15237 | | | | $120,000.00 |
| Robert Kelly<br>Fort Couch Tower<br>180 Ft. Couch Road<br>Floor 5<br>Upper St. Clair, PA 15241 | | | | $100,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Gary L. Reinert, Sr.**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/3/2011**          Signature: **s/ Gary L. Reinert, Sr.**

**Gary L. Reinert, Sr.**
(Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.