IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

GARY L. REINERT, SR.,

    Debtor(s).

Bankruptcy No. 11-22840-JAD

Chapter 7

Related to Doc. #1797

## ORDER

**AND NOW,** this **24th** day of **January, 2020**, it is hereby **ORDERED** that:

1. The Court's prior order directing the United States Trustee to file a Report and Recommendation is hereby unsealed.

2. The debtor and any party-in-interest may file a written response to the Report and Recommendation of the United States Trustee.

3. Responses, if any, shall be filed no later than February 24, 2020.

4. Upon filing of any response, the Court may decide the Debtor's request to reopen without further hearing. To the extend the Court would determine that a hearing is warranted, it would be set by way of separate order.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Interested Parties

00017358

FILED
1/24/20 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA